UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                             CASE NO. 14 B 12206
                                                   CHAPTER 13
Jerome Daniel
Geralyn Daniel                                     JUDGE JACK B SCHMETTERER

          DEBTORS                                  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** SANTANDER BANK NA

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 4 | 19 | XXXXXX1231 | $27,226.69 | $27,226.69 | $27,226.69 |
| Total Amount Paid by Trustee | | | | | $27,226.69 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 14-12206-JBS

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 5th day of February, 2016.

Debtor:
Jerome Daniel
Geralyn Daniel
2433 Pinecrest Ln
Westchester, IL  60154

Attorney:
TUCKER & ASSOCIATES
5210 W 95TH ST
OAK LAWN, IL  60453
via Clerk's ECF noticing procedures

Creditor:
SANTANDER BANK NA
601 PENN ST
MC 10-6438-FB7
READING, PA  19601

Mortgage Creditor:
SANTANDER BANK NA
% PIERCE & ASSOCIATES PC
1 NORTH DEARBORN # 1300
CHICAGO, IL  60602

Creditor:
Sovereign Bk
Mc: 10-6438-Cc7
601 Penn St.
Reading, PA  19601

ELECTRONIC SERVICE - United States Trustee

Date:  February 05, 2016

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603